# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 01-00313HG-008 |
| CASE NAME: | UNITED STATES OF AMERICA v. (08) JOHN FRANCESCO |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTYS FOR DEFT: | (08) Alvin P.K.K. Nishimura |
| U.S.P.O.: | Merilee N. Lau |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Debra Chun |
| DATE: | December 7, 2007 | TIME: | 9:45 - 10:00 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (08) JOHN FRANCESCO

The defendant is present in custody.

Discussion held.

The hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked as to Defendant (08) John Francesco is **CONTINUED TO JANUARY 24, 2008 AT 2:15 P.M.**

The defendant is remanded to the custody of USMS.

    Submitted by: Mary Rose Feria, Courtroom Manager